| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>December 13, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SHAUN MICHAEL SIMMONS,<br><br>　　　　　　　Defendant. | Case No. 2:22-mj-00167-DB<br><br>AMENDED<br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

　　This is to authorize and direct you to release  SHAUN MICHAEL SIMMONS ,
Case No.  2:22-mj-00167-DB   Charge 21 U.S.C. §§ 963, 952(a), 960(a)(1), and 960(b)(1), from custody for the following reasons:

|   | Bail Posted in the Sum of $ | |
|---|---|---|
| X | Unsecured and Secured Appearance Bond $ | **$10,000 unsecured bond co-signed by the defendant's mother and $10,000 secured cash bond posted by the defendant's girlfriend.** |
| X | (Other): **Defendant release is DELAYED until 9:00 AM, on 12/14/2022.** | |

Issued at Sacramento, California on December 13, 2022, at 02:00 PM

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Kendall J. Newman_
　　　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE