UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>SHAUN MICHAEL SIMMONS,<br><br>              Defendant. | No. 2:22-mj-00167-DB<br><br>**ORDER THAT CASH BOND BE TRANSFERRED TO SOUTHERN DISTRICT OF TEXAS** |

    On December 13, 2022, Defendant Shaun Michael Simmons was released on conditions, including a $10,000 cash bond. On December 13, 2022, a cash bond of $10,000.00 was posted as to Shaun Michael Simmons. Defendant is scheduled for a court appearance on January 10, 2023 in the United States District Court for the Southern District of Texas in his underlying case, 7:22-cr-01143-2.

    Given that Mr. Simmon's case is now pending before the Southern District of Texas, the Court orders the Clerk of the

1

1  Court to transfer the $10,000 cash bond to the Southern District
2  of Texas.
3       IT IS SO ORDERED
4
5       **DATED:** January 9, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE